# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL LEMUS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MERCED and DEFENDANT OFFICER DOES 1 THROUGH 50,<br><br>    Defendant. | 1:14-cv-02030-KJM-GSA<br><br><br>ORDER |

On December 19, 2014, plaintiff filed a civil complaint, as well as a motion to proceed *in forma pauperis*. ECF Nos. 1, 2. On January 6, 2015, the Magistrate Judge issued Findings and Recommendations that the motion be denied. ECF No. 5. The Findings and Recommendations were served on plaintiff with instructions that any objections be filed within fifteen (15) days. To date, no objections have been filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

    1) The Findings and Recommendations dated January 6, 2015 (ECF No. 5), are ADOPTED IN FULL;

1

2) The motion to proceed *in forma pauperis* filed by the Plaintiff on December 19, 2014 is DENIED;

3) Plaintiff shall pay the filing fee of $400 within thirty (30) days of the entry of this Order; and,

4) Failure to comply with this Order will result in the dismissal of this action for failure to obey a court order.

DATED: February 11, 2015.

_____
UNITED STATES DISTRICT JUDGE