Gerald Emanuel (SBN 61049)
Joel P. Waelty (SBN 226728)
JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Tel.: (408) 246-5500
Fax: (408) 246-1051
Email: jwaelty@hinklelaw.com

Attorneys for Plaintiff
NOEL LEMUS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| NOEL LEMUS,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF MERCED and DEFENDANT OFFICER DOES 1-50, inclusive,<br><br>　　　Defendants. | No. 1:14-cv-02030-KLM-GSA<br><br>**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION AND [PROPOSED] ORDER OF DISMISSAL** |

Pursuant to the Court's Notice in case number 1:15-cv-00359---GSA, Document 7, in the related case of Noel Lemus v. County of Merced et al., Plaintiff hereby requests that the above captioned civil action be dismissed without prejudice to proceeding with his companion civil action.

Dated:  April 6, 2015	JACHIMOWICZ, POINTER & EMANUEL


　　　　　　　　　　　　　　　　/s/ Joel P. Waelty
　　　　　　　　　　　　　　　JOEL P. WAELTY
　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　ADOLFO LEMUS
　　　　　　　　　　　　　　　NOEL LEMUS

---

PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL;[PROPOSED] ORDER
　　　　　　　　　　　　　　　　　　　　　　　　1:14-cv-02030-KLM-GSA

1

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that, pursuant to the Plaintiff's representation, the present action, bearing 1:14-cv-02030-KLM-GSA, be dismissed in its entirety without prejudice. Each party is to bear its own fees and costs.

DATED: _____, 2015         _____
                                              JUDGE OF THE DISTRICT COURT

**JACHMOWICZ POINTER & EMANUEL**
**2007 W. HEDDING STREET**
**SAN JOSE, CALIFORNIA 95128**
**(408) 246-5500**

PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL;[PROPOSED] ORDER
1:14-cv-02030-KLM-GSA

2